**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No.  3:23-PO-00079-DMC |
| Plaintiff | |
| v. | ORDER |
| MIAN ASLAM, | |
| Defendant. | |

For good cause shown and on the Government's request, any points added to the Defendant's record as a result of any abstract sent to DMV regarding citation number 9741607 and/or in association with this matter shall be removed forthwith.

IT IS SO ORDERED

Dated:  August 31, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1